JS-6

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10   DAVID S. JOHNSON,                    Case No. ED CV  19-01949 AB (SPx)
11                     Plaintiff,
12   v.                                   ORDER DISMISSING CIVIL ACTION
13   FIRST PREMIER BANK, et al.,
14                     Defendants.
15

16       THE COURT has been advised by counsel that Plaintiff's claims against
17   defendant Experian Information Solutions have been settled.
18       IT IS THEREFORE ORDERED that this action is hereby dismissed without
19   costs and without prejudice to the right, upon good cause shown within **20 days,** to re-
20   open the action if settlement is not consummated. This Court retains full jurisdiction
21   over this action and this Order shall not prejudice any party to this action.
22
23
24   Dated:  April 29, 2020        _____
25                                 ANDRÉ BIROTTE JR.
                                   UNITED STATES DISTRICT JUDGE
26
27
28

                                        1.