# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| David S. Johnson,<br><br>　　　　Plaintiff,<br><br>v.<br><br>First Premier Bank and Experian Information Solutions, Inc.,<br><br>　　　　Defendants. | Case No.: 5:19-cv-01949-AB-SP<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., ONLY, WITH PREJUDICE**<br><br>**HON. ANDRE BIROTTE JR.** |

Based upon the Joint Stipulation for Dismissal, and good cause, this Court hereby orders that Defendant Experian Information Solutions, Inc., only, is dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: May 19, 2020　　　　　　　_____

　　　　　　　　　　　　　　　　　**HON. ANDRE BIROTTE JR.**
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE